IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GWENDOLYN D. GABRIEL and BARBARA J. GABRIEL, | § § § | |
| Plaintiffs, | § § | |
| V. | § § | No. 3:19-cv-3003-M |
| THE DALLAS COUNTY CIVIL COURT SYSTEM, ET AL., | § § § § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed.

The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore STRIKES Plaintiffs Gwendolyn D. Gabriel and Barbara J. Gabriel's Re-Filing of Complaint 3-19-CV-3003-M [Dkt. No. 12] and TERMINATES the motion to dismiss filed June 23, 2020 [Dkt. No. 14].

The Court further WARNS Plaintiffs that further frivolous filings in this action will subject them to sanctions.

1

These sanctions could include the imposition of monetary sanctions and/or the Court's precluding Plaintiffs from making further filings without leave of Court.

SO ORDERED this 22nd day of July, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE